UNITED STATES of America, Plaintiff—Appellee,

v.

Yolanda SALGADO–SANTANA Defendant—Appellant.

No. 03–40193.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Sept. 17, 2003.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff-Appellee.

Yolanda Salgado–Santana, Dallas, TX, pro se.

Before KING, Chief Judge, and JOLLY and WIENER, Circuit Judges.

PER CURIAM.*

The Assistant Federal Public Defender, counsel for Yolanda Salgado–Santana (Salgado), has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Salgado has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is

---

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.